(137 So. 925)

## Otis STANLEY v. STATE.
### 6 Div. 996.

Court of Appeals of Alabama.
Nov. 19, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(133 So. 927)

## Willie STANLEY and Lemuel Shepherd, alias Sheperd, v. STATE.
### I Div. 988.

Court of Appeals of Alabama.
April 14, 1931.

BRICKEN, P. J.
Affirmed.

(133 So. 927)

## Willie STANLEY and Lemuel Shepherd, alias Sheperd, v. STATE.
### I Div. 987.

Court of Appeals of Alabama.
April 14, 1931.

RICE, J.
Affirmed.

(135 So. 926)

## Richard STATHAM v. STATE.
### 6 Div. 793.

Court of Appeals of Alabama.
June 16, 1931.

A. A. Griffith, of Cullman, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.
The evidence for the state was sufficient to authorize a verdict of guilt as charged in the indictment, and hence the affirmative charge was properly refused.

Refused charges 2 and 4 assert a correct proposition of law, but were fully covered by the court in his oral charge.

There is no error in the record, and the judgment is affirmed.

Affirmed.

(129 So. 926)

## STATE v. Charley JONES.
### 8 Div. 196.

Court of Appeals of Alabama.
June 24, 1930.

BRICKEN, P. J.
Affirmed.

(129 So. 926)

## STATE v. Herbert WALLS.
### 8 Div. 57.

Court of Appeals of Alabama.
May 20, 1930.

Rehearing Denied June 10, 1930.

Charlie C. McCall, Atty. Gen., for the State.
Wm. C. Rayburn and D. Isbell, both of Guntersville, for appellee.

PER CURIAM.
Appeal dismissed.

(129 So. 926)

## STATE v. Herbert, alias Hub, WALLS.
### 8 Div. 144.

Court of Appeals of Alabama.
May 27, 1930.

Rehearing Denied June 10, 1930.

BRICKEN, P. J.
Appeal dismissed.